```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND


_____
                                    )
KEVIN G. AUBEE and                  )
CARRIE A. AUBEE,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   C.A. No. 19-037 WES
                                    )
SELENE FINANCE, LP and              )
WILMINGTON SAVINGS FUND SOCIETY,    )
FSB, d/b/a Christiana Trust,        )
not individually but as trustee     )
for Pretium Mortgage Acquisition    )
Trust,                              )
                                    )
          Defendants.               )
_____)
```

## ORDER

WILLIAM E. SMITH, District Judge.

On December 27, 2019, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R"), ECF No. 9, recommending dismissal of Plaintiffs' Complaint. Agreeing in full, the Court ACCEPTS the R&R over Plaintiffs' Objection and GRANTS Defendants' Motion to Dismiss, ECF No. 6.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
District Judge
Date: February 14, 2020