# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KEVIN AUBEE,
et al.,
    Plaintiffs,

    v.                                     C.A. No. 19-37 WES

SELENE FINANCE, LP,
et al.,
    Defendants.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Order entered by this Court on February 14th, 2020.

                                            Enter:

                                            /s/ Ryan H. Jackson

                                            Deputy Clerk

Dated: February 14th, 2020