# United States Court of Appeals

## For the First Circuit

_____

No. 20-1321

KEVIN G. AUBEE; CARRIE A. AUBEE,

Plaintiffs, Appellants,

v.

SELENE FINANCE LP; WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: December 21, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Count I of Kevin G. Aubee and Carrie A. Aubee's complaint (breach of contract) against Wilmington Savings is reversed, the dismissal of Count I against Selene Finance and the dismissal of Count II (the abandoned statutory claim) against both defendants are affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are taxed in favor of appellants and against appellee Wilmington Savings.


By the Court:

Maria R. Hamilton, Clerk


cc: Hon. William E. Smith, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Todd Steven Dion, Richard C. Demerle, John T. Precobb, Michael E. Swain